# Third District Court of Appeal

## State of Florida

Opinion filed August 12, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1658
Lower Tribunal No. 16-638-FC-04
_____

**Jennifer Marie Cappiello,**
Appellant,

vs.

**Robert Manuel Martins, Sr.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Jennifer Marie Cappiello, in proper person.

Hasbun & Mendoza, P.L.L.C., and Maribel Mendoza and Michelle G. Hasbun, for appellee.

Before LINDSEY, GORDO and GOODEN, JJ.

PER CURIAM.

Appellant Jennifer Marie Cappiello appeals the final judgment awarding Appellee Robert Manuel Martins, Sr. majority time-sharing, sole parental responsibility, and downward modification of child support, as well as the denial of her supplemental petition on time-sharing and child support and petition for relocation to Naples, Florida. While Cappiello makes numerous arguments attacking the final judgment, she has not demonstrated reversible error. Therefore, we are constrained to affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error."); Gordon v. Burke, 429 So. 2d 36, 37 (Fla. 2d DCA 1983) ("The appellant has the duty to demonstrate reversible error in the order or judgment appealed based on the record and the law applicable thereto. If the appellant fails to do so, the appellate court has no alternative but to enter an order of affirmance."); see also Fla. R. App. P. 9.200(b)(5) ("Thereafter, the statement and any objections or proposed amendments must be filed with the lower tribunal for settlement and approval."); Cheon v. Martin, 422 So. 3d 584, 585 (Fla. 1st DCA 2025); Waites v. Middleton, 302 So. 3d 1082, 1083 (Fla. 1st DCA 2020).

Affirmed.